JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| French West, Inc. | Case No. CV 15-08821-AB (JEMx) |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| Zulily, Inc. et al | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 18, 2016  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.